```
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
```

| | | |
|---|---|---|
| Arnetta Sturdivant, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 1:21-cv-00644 |
| v. | ) ) | |
| TRANSWORLD SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the Joint Stipulated Motion to Dismiss with Prejudice filed by the parties in this case (Doc. 14 at 1), this cause of action is hereby DISMISSED WITH PREJUDICE, with each party to bear her or its own attorney's fees and costs.

          /s/   Thomas D. Schroeder
          United States District Judge

May 10, 2022